**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MYRA LOPEZ DE SOUVERBIELLE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1327-KC** |
| | § | |
| **ANGEL EDIN PINTO, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

On this day, the Court considered Plaintiff's Motion to Remand to State Court ("Motion"), ECF No. 4. On July 23, 2026, the Court referred the Motion to United States Magistrate Judge Laura Enriquez. July 23, 2026, Text Order. On September 18, 2026, the Magistrate Judge filed a Report and Recommendation ("R&R"), ECF No. 11, which recommended that the Court deny Plaintiff's Motion to Remand and dismiss Defendant Transportes Aguila Global Logistics, LLC, d/b/a TAGL Freight Solutions, TAGL Solutions, and Transportes Aguila as improperly joined. *Id.* at 1.

Parties have fourteen days from service of a Report and Recommendation of a United States Magistrate Judge to file written objections. *See* 28 U.S.C. § 636(b)(1)(C).[1] Over fourteen days have elapsed since all parties were served with the R&R, and no objections have been filed. *See* R&R 2.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation. *United*

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

*States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) ("[T]he 'clearly erroneous, abuse of discretion and contrary to law' standard of review . . . is appropriate . . . where there has been no objection to the magistrate's ruling."); *Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988) ("[A] party is not entitled to de novo review of a magistrate's finding and recommendations if objections are not raised in writing by the aggrieved party . . . after being served with a copy of the magistrate's report."). After reviewing the R&R, the Court agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds that they are neither clearly erroneous nor contrary to law. *See Wilson*, 864 F.2d at 1221.

Accordingly, the Court **ADOPTS** the R&R, ECF No. 11, in its entirety, **DENIES** Plaintiff's Motion to Remand, ECF No.4, and **DISMISSES** all of Plaintiff's claims against Defendant Transportes Aguila Global Logistics, LLC, d/b/a TAGL Freight Solutions, TAGL Solutions, and Transportes Aguila without prejudice. Plaintiff's claims against Defendant Transportes Aguila de Ciudad Juarez, S.A. de C.V. d/b/a Transportes Aguila remain pending.

**IT IS FURTHER ORDERED** that the parties shall meet, confer, and submit a joint report of parties' planning meeting as specified in the Court's Standing Order on Pretrial Deadlines **no later than October 19, 2026.**

**SO ORDERED.**

**SIGNED this 6th day of October, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE